HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
10233 South Parker Rd., Suite 300
Parker, CO 80134
Tel.: (720) 447-6628
Fax: (225) 906-4230

Attorney for Plaintiff - Amentum Services, Inc.

CAREN P. SENCER, Bar No. 233488
R. MAXWELL SINCLAIR, Bar No. 344516
**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: csencer@unioncounsel.net
msinclair@unioncounsel.net
Attorneys for Defendant INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, DISTRICT LODGE 725 AND LOCAL LODGE 946

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Amentum Services, Inc.<br><br>*Plaintiff*<br><br>v.<br><br>International Association of Machinists and Aerospace Workers, AFL-CIO, District Lodge 725 and Local Lodge 946<br><br>*Defendant* | Case No. 2:26-cv-02378-TLN-CSK<br><br>District Judge Nunley<br><br>Magistrate Judge Kim<br><br>ORDER RE: JOINT MOTION TO MOFIDY INITIAL PRETRIAL SCHEDULING ORDER |

**ORDER**

**CONSIDERING** the Joint Motion to Modify the Initial Pretrial Scheduling Order;

**IT IS HEREBY ORDERED THAT** the following deadlines be modified:

A. November 20, 2026 be established as the deadline for the Plaintiff to file its motion to vacate the arbitration award, along with its memorandum of points and authorities and proposed order, and for Defendant to file its motion to confirm the arbitration award, along with its memorandum of points and authorities and proposed order.

B. December 4, 2026: Deadline for the Plaintiff and Defendant to file their respective response or opposition brief, along with its exhibits.

C. December 14, 2026: Deadline for the Plaintiff and Defendant to file their respective reply briefs.

Finally, all other deadlines from any previous Scheduling Order are hereby stricken.

THUS, DONE AND SIGNED this 18th day of September, 2026.

Troy L. Nunley
Chief United States District Judge